Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED
MJ 24-04481
2024 JUL 29 AM 9: 34

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: 24-mj-00213 CAPP |
|---|---|
| v. | |
| Kennedy Lindsey | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____   DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 07/28/2024   10:00   ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC § 1752(a)(1) /(b)(1)(A) /(a)(2) and (b)(1)(A) / 1752 (a)(1)(A)(2) / 40 U.S.C. 5104 (e)(1)(A)(i) /(e)(2)(D) /(e)(2)(G)

5. Offense charged is a:   ☐ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1995

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: _____ (please print)

12. Office Phone Number: 571-639-5184

13. Agency: FBI

14. Signature: [signature]

15. Date: 07/29/2024

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION